IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MARIO ROBERT OVALLE, SR.                                           PLAINTIFF

                v.                    Civil No. 05-5215

SHERIFF KEITH FERGUSON;
CAPTAIN HUNTER PETRAY;
DR. NEIL MULLINS; and
NURSE SUE McDONALD                                        DEFENDANTS

## **ORDER**

As it appears this case may be resolved on motion for summary judgment, the defendants are directed to file such a motion on or before **June 5, 2006**. Once the summary judgment motion is filed, the court will prepare a questionnaire to assist the plaintiff in responding to the motion. For this reason, plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

IT IS SO ORDERED this 30th day of March 2006.


                                                        /s/ Beverly Stites Jones
                                                        UNITED STATES MAGISTRATE JUDGE