**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**MARIO ROBERT O'VALLE**                                            **PLAINTIFF**

**v.**                      **Civil No. 05-5215**

**SHERIFF KEITH FERGUSON;**
**CAPTAIN HUNTER PETRAY;**
**DR. NEIL MULLINS; and**
**NURSE SUE McDONALD**                                        **DEFENDANTS**

**O R D E R**

Now on this 26th day of July, 2006, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #19), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, defendants' motion to dismiss is hereby **granted and plaintiff Ovalle's Complaint is dismissed**.

**IT IS SO ORDERED.**

                                                         **/s/Jimm Larry Hendren**
                                                         **HON. JIMM LARRY HENDREN**
                                                         **UNITED STATES DISTRICT JUDGE**